IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

VICKIE LEE BOWERS,                     )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )
                                       )
CAROLYN W. COLVIN, Acting              )
Commissioner of Social Security,       )
                                       )
                    Defendant.         )   Civil Action No. 6:14-CV-015-C

## ORDER

Plaintiff appealed an adverse decision of Defendant, Carolyn Colvin, Acting

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).  The United States Magistrate

Judge entered a Report and Recommendation on May 29, 2015.  No party filed any objections,

which were due on June 12, 2015.  After reviewing the Report and Recommendation, the Court is

of the opinion that it should be adopted.

It is, therefore, ORDERED that the findings and conclusions in the Report and

Recommendation are hereby ADOPTED by the Court.  The Commissioner's decision is

REVERSED and the above-styled and -numbered civil action is REMANDED for further

consideration consistent with the Report and Recommendation.

Dated this _____ day of June, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE